In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-10736

_____

NATIONAL SMALL BUSINESS UNITED,
d.b.a. National Small Business Association,
ISAAC WINKLES,

Plaintiffs-Appellees,

_versus_

U.S. DEPARTMENT OF THE TREASURY,
ACTING DIRECTOR OF THE FINANCIAL CRIMES
ENFORCEMENT NETWORK,
SECRETARY, U.S. DEPARTMENT OF THE
TREASURY,

Defendants-Appellants.

————————————————

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 5:22-cv-01448-LCB

————————————————

ORDER:

The parties' joint motion to expedite briefing and oral argument is GRANTED. Briefing shall proceed as proposed by the parties.

Plaintiffs-Appellees' response brief is due on Monday, May 13, 2024.

Defendants-Appellants' reply brief, if any, is due on Monday, June 3, 2024.

The Clerk is DIRECTED to place this appeal on the first available argument calendar with a vacancy.


/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE