**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                    In Replying Give Number
Clerk                                                                                                    Of Case and Names of Parties

June 14, 2024

**REVISED** NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:

The following cases are scheduled for oral argument during the week of **SEPTEMBER 23, 2024**, IN BIRMINGHAM, ALABAMA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

------------------------------------------------------------------------------------------------------------------------------
*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #22.*

| Case No. | Case Name |
|---|---|
| 24-10736 | National Small Business United, et al. v. U.S. Dept. of the Treasury, et al. |
| 23-11478 | Donald Lyons, et al. v. Saeilo Inc. (REVISED ARGUMENT DATE) |
| 23-11132 | Michael Chapman v. Jefferson Dunn, et al. |
| 23-10814 | April Pipkins v. City of Hoover, Alabama, et al. |
| 22-13124 | United States v. Rodolfo Maisonet |
| 23-10291 | National Labor Relations Board v. Arrmaz Products Inc. |
| 23-10781 | United States v. Mark Murphy, et al. |
| 23-11173 | State of Alabama, ex rel., et al. v. U.S. Environmental Protection Agency, et al. (Consolidated with 23-11196, Alabama Power Company, et al. v. U.S. Environmental Protection Agency, et al.) |
| 23-11286 | Kristie Williams v. Board of Trustees of the University of Alabama |
| 22-13270 | Alfreida Hogan v. Secretary, U.S. Department of Veterans Affairs |
| 23-12155 | August Dekker, et al. v. Florida Agency for Health Care Administration, et al. |
| 22-14195 | United States v. Timothy Buchanan |
| 22-12800 | United States v. Ishmywel Gregory, et al. (Consolidated with 22-12809, United States v. Hendarius Lamar Archie and 22-12843, United States v. Rolando Williamson) |
| 22-11400 | Barbara Donald v. Tyler Norris |
| 24-11239 | Katie Wood v. Florida Department of Education, et al. |
| 23-11211 | Various Insurers, Reinsurers and Retrocessionaires v. General Electric International, Inc. |