# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person in Courtroom **8 NO LATER THAN 8:30 A.M.** on the day of the hearing<br><br>Clerk's Office<br>Hugo Black Federal Courthouse<br>**1729 Fifth Avenue North**<br>Birmingham, Alabama 35203 | HEARING LOCATION<br><br>Courtroom 8<br>Hugo Black Federal Courthouse<br>1729 Fifth Avenue North **(8th Floor)**<br>BIRMINGHAM, ALABAMA<br><br>COURT CONVENES AT 9:00 A.M. (Central Time)<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, SEPTEMBER 24, 2024

| | |
|---|---|
| 22-14195 | United States v. Timothy Buchanan, Appellant |
| 23-11173 | State of Alabama, et al., Petitioners v. U.S. Environmental Protection Agency, et al., (Consolidated with 23-11196, Alabama Power Company, et al., Petitioners v. U.S. Environmental Protection Agency, et al.) |
| 23-11400 | Barbara Donald v. Tyler Norris, Appellant |
| 24-11239 | Katie Wood v. Florida Department of Education, et al., Appellants |

### WEDNESDAY, SEPTEMBER 25, 2024

| | |
|---|---|
| 22-12800 | United States v. Ishmywel Gregory, et al., Appellants, (Consolidated with 22-12809, United States v. Hendarius Archie, Appellant and 22-12843, United States v. Rolando Williamson, Appellant) |
| 23-10814 | April Pipkins, Appellant v. City of Hoover, Alabama, et al. |
| 23-11478 | Donald Lyons, et al., Appellants v. Saeilo Inc. |
| 23-11211 | Various Insurers, Reinsurers and Retrocessionaires Subscribing to Policy Numbers, Appellant v. General Electric International, Inc., et al. |

### THURSDAY, SEPTEMBER 26, 2024
### (COURT CONVENES AT 8:30 A.M.)

| | |
|---|---|
| 22-13124 | United States v. Rodolfo Maisonet, Appellant |
| 23-11132 | Michael Chapman, Appellant v. Jefferson Dunn, et al. |
| 23-11286 | Kristie Williams v. Board of Trustees of the University of Alabama, Appellant |
| 23-12533 | Perfection Bakeries Inc., Appellant v. Retail Wholesale and Department Store International Union and Industry Pension Fund |

### FRIDAY, SEPTEMBER 27, 2024

| | |
|---|---|
| 23-10781 | United States v. Mark Murphy, et al., Appellants |
| 22-13270 | Alfreida Hogan, Appellant v. Secretary, U.S. Department of Veterans Affairs |
| 23-11670 | Rachael DeMarcus, et al., Appellants v. University of South Alabama, et al. |
| 24-10736 | National Small Business United, et al. v. U.S. Department of the Treasury, et al., Appellants |

**COUNSEL MUST REPORT TO THE COURTROOM DEPUTY IN THE COURTROOM PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT; COUNSEL FOR THURSDAY MUST REPORT PRIOR TO 8:00 AM.**

ATLANTA, GEORGIA
07/16/24 - #22