# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10736

_____

NATIONAL SMALL BUSINESS UNITED,
d.b.a. National Small Business Association,
ISAAC WINKLES,

                                                        Plaintiffs-Appellees,

*versus*

U.S. DEPARTMENT OF THE TREASURY,
ACTING DIRECTOR OF THE FINANCIAL CRIMES
ENFORCEMENT NETWORK,
SECRETARY, U.S. DEPARTMENT OF THE
TREASURY,

                                                        Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 5:22-cv-01448-LCB

————————

ORDER:

The parties are directed to file supplemental briefs, not to exceed ten double-spaced pages, addressing the following question in light of the decision of the United States Supreme Court in *Moody v. NetChoice, LLC*, 144 S. Ct. 2383 (2024):

> Did the district court err in not holding the plaintiffs to their burden of showing that there are no constitutional applications of the Corporate Transparency Act?

Parties should file their briefs within twenty-one days of the entry of this order.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION