# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| NATIONAL SMALL BUSINESS UNITED, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, et al., <br><br> Defendants-Appellants. | No. 24-10736 |

## CERTIFICATE OF INTERESTED PERSONS

Amicus Curiae Community Associations Institute submits this Certificate of Interested Persons and Corporate Disclosure Statement. See Fed. R. App. P. 26.1; 11th Cir. R. 26.1-1, 1-2, & 1-3. In addition to the individuals set forth in the Appellants' Brief, Appellees' Brief, and Briefs of other Amici Curiae, the following entities and individuals have an interest in this matter:

1. **Community Associations Institute**, *Amicus Curiae* in support of Plaintiffs- Appellees;

2. **Allcock, Edmund**, counsel for *Amicus;*

3. **Bunn, Brendan P.**, counsel for *Amicus;*

4. **Casey, Steven F.**, counsel for *Amicus;*

5. **Gottesman, Kulik**, counsel for *Amicus;*

1

6. **Howard, Julie**, counsel for *Amicus;*

7. **Jones Walker, LLP**, law firm of counsel for *Amicus*;

8. **Orban, Norman F.**, counsel for *Amicus;*

9. **Sinkins, Todd A.**, counsel for *Amicus;*

10. **Ware, Thomas**, counsel for *Amicus;*

## CORPORATE DISCLOSURE STATEMENT

Amicus has no parent corporation and no publicly traded corporation owns more than 10% of Amicus.

Respectfully submitted,

/s/ Steven F. Casey
Steven F. Casey
Jones Walker, LLP
420 20th Street N
Suite 1100
Birmingham, AL 35203

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| NATIONAL SMALL BUSINESS UNITED, et al., | ) |
| Plaintiffs-Appellees, | ) |
| v. | ) No. 24-10736 |
| U.S. DEPARTMENT OF THE TREASURY, et al., | ) |
| Defendants-Appellants. | ) |

## MOTION FOR LEAVE TO FILE CERTIFICATE OF INTERESTED PERSONS AND WEB-BASED CIP OUT OF TIME

The Amicus Curiae Community Associations Institute requests leave to file its Certificate of Interested Persons and web-based CIP out of time. Due to an internal oversight, we did not timely file the Certificate of Interested Persons and Web-Based CIP.

Respectfully submitted,

/s/ Steven F. Casey
Steven F. Casey
Jones Walker, LLP
420 20th Street N
Suite 1100
Birmingham, AL 35203