No. 24-10736

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELVENTH CIRCUIT**
_____

NATIONAL SMALL BUSINESS UNITED, et al.,

Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF THE TREASURY, et al.,

Defendants-Appellants.
_____

On Appeal from the United States District Court
for the Northern District of Alabama

_____

**MOTION OF COMMUNITY ASSOCIATIONS INSTITUTE
FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF
PLAINTIFF/APPELLEE**
_____

| | | |
|---|---|---|
| Steve Casey | Edmund Allcock | Julie Howard |
| Jones Walker LLP | Norman F. Orban | NowackHoward LLC |
| 420 20th Street N | Allcock Marcus LLC | One Alliance Center, 1650 |
| Suite 1100 | 10 Forbes Rd, 420W | 350 Lenox Road NE |
| Birmingham, AL 35203 | Braintree, MA 02184 | Atlanta, GA 30326 |
| scasey@joneswalker.com | ed@amcondolaw.com | julie@nowackhoward.com |
| 205-244-5282 | norm@amcondolaw.com | 770-863-8903 |
| | 781-884-1660 | |

Thomas Ware
Kulik Gottesman
Siegel & Ware LLP
16303 Ventura BLVD
Suite 1400
Sherman Oaks, CA 91403
tware@kgswlaw.com
310-557-9200

Brendan P. Bunn
Chadwick, Washington
Moriarty, Elmore & Bunn PC
Three Flint Hill
3201 Jermantown Road
Fairfax, VA 22030
bpbunn@chadwickwashington.com
703-352-1900

Todd A. Sinkins
Rees Broome, PC
1900 Gallows Road,
Suite 700
Tysons Corner, VA 22182
tsinkins@reesbroome.com
703-790-1911

Dated: May 20, 2024

## MOTION FOR LEAVE TO FILE AMICI BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a) and Eleventh Circuit Rule 29(a), Amici Community Associations Institute ("CAI") move the Court for leave to file the attached Brief Amici Curiae in support of Plaintiff-Appellee's Brief. The proposed brief is attached to this Motion. In support of this Motion, CAI states as follows:

1.      Community Associations Institute is an international organization dedicated to providing information, education, resources, and advocacy for community association leaders, members, and professionals with the intent of promoting successful communities through effective, responsible governance and management. CAI's more than 45,000 members include homeowners, board members, association managers, community management firms, and other professionals who provide services to community associations. CAI is the largest organization of its kind, serving more than 75.5 million homeowners who live in more than 365,000 community associations in the United States.

2.      CAI and its members recognize that the sustained health of the community association form of ownership in the United States depends in large part upon the willingness of owners to continue to serve on volunteer boards to make their homes and communities better places to live. Community Associations were not given one of the twenty-three (23) exemptions under the Corporate

Transparency Act.[1]  CAI believes that this was an oversight.  CAI respectfully

submits that homeowner associations are not "hotbeds" of financial crimes or

terrorist activity by anonymous players using shell corporations to disguise their

activities, which is the stated purpose of the Corporate Transparency Act ("CTA").

      3.     Leave to file a brief as amici curiae should be granted when "the

amici have an 'interest in the case,' and it appears that their brief is 'relevant' and

'desirable,'" such as when "it alerts the merits panel to possible implications of

appeal." *Neonatology Assocs., P.A. v. C.I.R.*, 293 F.3d 128, 133 (3rd Cir. 2002)

(Alito J.) (quoting Fed. R. App. P. 29(a)(3)); *see also id.* At 132 ("The criterion of

desirability set out in Rule 29(b)(2) is open-ended, but a broad reading is

prudent.").

      4.     CAI submits that there experience in representing and supporting

community associations both in the United States and internationally and

understand the make and needs of the various community associations in the

United States.  CAI states that it can provide an important perspective concerning

how the CTA will adversely impact community associations without furthering the

stated purpose of the CTA.

---

[1]  A small number may be exempt as 501(c)(4) organizations, however, that is the exception to
the norm.

5.      Pursuant to Federal Rule of Appellate Procedure 29(a)(6) and

Eleventh Circuit Rule 29(a), amicus curiae briefs are due "no later than 7 days after

the principal brief of the party being supported is filed."  The Appellee filed its

brief on May 13, 2024 and CAI's submission of this Motion and Brief on May 20,

2024 is timely.

For these reasons, Amici respectfully request that the Court grant this

Motion for Leave to File a Brief Amici Curiae and accept the attached brief for

filing.

Respectfully submitted,

/s/ *Steve Casey*

Steve Casey
Jones Walker LLP
420 20th Street N
Suite 1100
Birmingham, AL 35203

Edmund Allcock
Norman F. Orban
Allcock Marcus LLC
10 Forbes Road, 420W
Braintree, MA 02184

Julie Howard
NowackHoward LLC
One Alliance Center, 1650
350 Lenox Road NE
Atlanta, GA 30326

Thomas Ware
Kulik Gottesman
Siegel & Ware LLP
16303 Ventura Blvd.
Suite 1400
Sherman Oaks, CA 91430

Brendan P. Bunn
Chadwick, Washington,
Moriarty, Elmore & Bunn PC
Three Flint Hill
3201 Jermantown Road
Fairfax, VA 22030

Todd A. Sinkins
Rees Broome, PC
1900 Gallows Road
Suite 700
Tysons Corner, VA 22182

Dated: September 5, 2024