# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 24-10736

_____

NATIONAL SMALL BUSINESS UNITED,
d.b.a. National Small Business Association,
ISAAC WINKLES,

                                                  Plaintiffs-Appellees,

*versus*

U.S. DEPARTMENT OF THE TREASURY,
ACTING DIRECTOR OF THE FINANCIAL CRIMES
ENFORCEMENT NETWORK,
SECRETARY, U.S. DEPARTMENT OF THE
TREASURY,

                                                  Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 5:22-cv-01448-LCB

_____

ORDER:

The parties are DIRECTED to file supplemental briefs addressing whether and to what the Treasury Department's suspension of enforcement of the Corporate Transparency Act against U.S. citizens and domestic reporting companies—and its proposed rulemaking to narrow the scope of the rule to foreign reporting companies—impacts the analysis of National Small Business Association's facial challenge to the statute in this case.

The Appellant shall have 14 days from the date of this order to file its supplemental brief, which should not exceed 10 pages. The Appellee shall file its supplemental brief, not to exceed 10 pages, within 14 days of the filing of the Appellant's brief.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION