# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

U.S. COURT OF APPEALS
RECEIVED
CLERK
**MAR 10 2026**
ATLANTA, GA

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 4, 2026

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re:  National Small Business United, dba National Small Business
Association, et al.
v. Scott Bessent, Secretary of the Treasury, et al.
Application No. 25A968
(Your No. 24-10736) ~66

Dear Clerk:

The application for an extension of time within which to file a petition
for a writ of certiorari in the above-entitled case has been presented to
Justice Thomas, who on March 4, 2026, extended the time to and including
April 15, 2026.

This letter has been sent to those designated on the attached
notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Paul D. Clement
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA  22314


Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

USCA11 Case: 24-10736    Document: 125    Date Filed: 03/10/2026    Page: 3 of 3

CAPITAL DISTRICT 208

5 MAR 2026 PM 3 L

quadient

FIRST-CLASS MAIL
IMI
**$000.74 ⁰**
03/05/2026 ZIP 20543
043M31266310

US POSTAGE

**CLEARED SECURITY**

MAR 1 0 2026

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

30303-229599